United States Court of Appeals
Fifth Circuit

**F I L E D**

**June 22, 2005**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 02-21166
Conference Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MARCIAL CARRANZA-VILLEGAS,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:02-CR-87-ALL
--------------------

Before WIENER, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Counsel appointed for Marcial Carranza-Villegas ("Carranza") has filed a motion for leave to withdraw and a brief as required by Anders v. California, 386 U.S. 738 (1967). Carranza has submitted two responses to counsel's brief, moving in one to proceed pro se on appeal and, in the other, for the appointment of new counsel. Carranza's motions are DENIED.

Our independent review of counsel's brief, Carranza's responses, and the record discloses no nonfrivolous issue.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Accordingly, counsel's motion to withdraw is GRANTED; counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED.  <u>See</u> 5TH CIR. R. 42.2.